# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR351** |
| **vs.** ) | |
| ) | **ORDER** |
| **SHAWN DAVID MORRIS,** ) | |
| ) | |
| **Defendant.** ) | |

**IT IS ORDERED:**

1.  Upon the representation that there is no objection, defendant is given leave to file a Motion to Suppress Statements out of time.

2.  Defendant's MOTION TO SUPPRESS STATEMENTS [20] is set for hearing at the time of the hearing on defendant's Motion to Suppress Evidence [16], i.e., **December 6, 2005 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.  Since this is a criminal case, the defendant must be present, unless excused by the Court.

**DATED November 22, 2005.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**