IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR351 |
| SHAWN DAVID MORRIS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is the Motion to Continue [25] filed by defendant Shawn David Morris.  Defendant requests the evidentiary hearing previously scheduled for December 6, 2005 be rescheduled and pleading [24] be withdrawn .  The government has no objection. Good cause being shown, I will grant the motion.

IT IS ORDERED:

1. That defendant's Motion to Continue [25] is granted; and

2. The Motion to Extend Time to File Pretrial Motions [24] is withdrawn; and

3. The evidentiary hearing on the pending Motion to Suppress [16] and the Motion to Suppress Statements [20] is continued to **January 4, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge